UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00001-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEBORAH HAGLER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by Friday, February 24, 2006, and responses to these motions shall be filed by Wednesday, March 8, 2006. It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, March 17, 2006, at 4:00 p.m.** It is

FURTHER ORDERED that a four-day jury trial is set to commence **Monday, April 3, 2006, at 9:00 a.m. in courtroom A-1002.**

    Dated: January 26, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge