UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00001-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DEBORAH HAGLER,

      Defendant.

---

## ORDER

---

      This matter is before the Court on Defendant's Motion to Continue Trial, Vacate Present Deadlines, and Declare Case Complex Pursuant to 18 U.S.C. § 3161(H)(8)(A) and (B) (filed February 24, 2006).  The motion asserts that while this case is not complex within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii), a continuance is warranted under § 3161(h)(8)(B)(iv) due to the voluminous discovery (consisting of over 11,000 pages).  Having reviewed the motion and being fully advised in the premises, I grant Defendant's Motion to Continue Trial and Vacate Present Deadlines. However, I deny the Motion to Declare Case Complex.  I find that the present deadlines should be vacated and the trial continued pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

      More specifically, I do not find the case to be complex at this time.  Instead, I find that the failure to grant a continuance in this case would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into

account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Specifically, Defendant has indicated that the time necessary to review the voluminous

discovery in this case and perform any follow-up investigation will far exceed the time

frames provided by the Speedy Trial Act.  Defendant further indicates that the

Government does not oppose the motion.  I also find that the ends of justice served by

a continuance in this case outweigh the best interest of the public and Defendant in a

speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Motion to Continue Trial, Vacate Present Deadlines,

and Declare Case Complex Pursuant to 18 U.S.C. § 3161(H)(8)(A) and (B) (filed

February 24, 2006) is **GRANTED IN PART AND DENIED IN PART**.  It is **GRANTED** as

to the Motion to Continue Trial and Vacate Present Deadlines and **DENIED** as to the

Motion to Declare Case Complex.  It is

FURTHER ORDERED that speedy trial deadlines are continued **90 days** from

the present trial date of April 3, 2006, up to and including **Monday, July 3, 2006**,

pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  It is

FURTHER ORDERED that the present deadlines are **VACATED** and extended

for a period of **60 days**.  Pretrial motions are thus extended from February 24, 2006 to

**Tuesday, April 25, 2006**, and responses are extended from March 8, 2006, to **Monday,**

**May 8, 2006**.  It is

FURTHER ORDERED that the four day jury trial set to commence Monday, April 3, 2006, and the final trial preparation conference set Friday, March 17, 2006, at 4:00 p.m. are **VACATED**.  Finally, it is

ORDERED that the parties shall file a status report on or before **Thursday, April 27, 2006**, indicating whether the case is likely to go to trial, whether a motions hearing is needed and if so, for how long, and proposed dates for resetting the trial and final trial preparation conference.

Dated:  March 1, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge