UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00001-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEBORAH HAGLER,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion to Extend Deadline for Filing of Pretrial Motions and for Further Ends of Justice Findings, Pursuant to 18 U.S.C. § 3161(H)(8)(A) and (B) (filed April 25, 2006).  The motion requests that the deadline for the filing of pretrial motions be extended and that the speedy trial deadlines be extended an additional 90 days to enable her to review the voluminous discovery and be effectively prepared to meet the allegations against her.[1]

Having reviewed the motion and being fully advised in the premises, I grant Defendant's Motion.  I find that the present deadlines to file pretrial motions should be extended and that the speedy trial deadlines should be continued for an additional 90 days pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

---

[1] By Order filed March 1, 2006, speedy trial deadlines were originally extended 90 days, up to July 3, 2006, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

More specifically, I grant a 90 day extension of time to file motions, to and including July 24, 2006.  As to the speedy trial deadlines, I find that the failure to grant a further continuance of the speedy trial deadlines this case would deny Defendant and her counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, Defendant has indicated that the discovery is voluminous in this case (over 11,000 pages) and that additional discovery is forthcoming that she needs to review, categorize and investigate.  I note that the Government does not oppose the motion.  I also find that the ends of justice served by a continuance in this case outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Motion to Extend Deadline for Filing of Pretrial Motions and for Further Ends of Justice Findings, Pursuant to 18 U.S.C. § 3161(H)(8)(A) and (B) (filed April 25, 2006) is **GRANTED**.  Consistent therewith, it is

ORDERED that the deadline for filing of pretrial motions is extended ninety (90) days, from April 25, 2006, to **Monday, July 24, 2006**.  Responses shall be filed by **Monday, August 7, 2006**.  It is

FURTHER ORDERED that the speedy trial deadlines are continued an additional **90 days,** from July 3, 2006, to **Monday, October 2, 2006**, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  It is

FURTHER ORDERED that the parties shall file a status report on or before **Friday, July 28, 2006**, indicating whether the case is likely to go to trial, whether a motions hearing is needed and if so, for how long, and proposed dates for resetting the trial and final trial preparation conference.

Dated:  April 28, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge