**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | December 7, 2006 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **06-cr-00001-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Linda S. Kaufman

        Plaintiff,

v.

**1. DEBORAH HAGLER**,                    Darren R. Cantor

        Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON PENDING MOTIONS**

**1:51 p.m.**     Court in Session - Defendant present (on-bond)

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

            Defendant's Motion for Discovery of Summary Materials (#25 - 7/25/06) is raised
            for argument.

1:52 p.m.     Argument by Government (Ms. Kaufman).

1:57 p.m.     Argument by Defendant (Mr. Cantor).

-1-

Judge Wiley Y. Daniel
06-cr-00001-WYD - Courtroom Minutes

| | |
|---|---|
| **ORDERED:** | Defendant's Motion for Discovery of Summary Materials (#25 - 7/25/06) is **GRANTED to the extent it requires the Government to produce summary materials not later than thirty (30) days prior to trial.** |
| | Defendant's Motion for Discover CPT Codes (#23 - 7/25/06) is raised for argument. |
| 2:00 p.m. | Argument by Defendant (Mr. Cantor). |
| **ORDERED:** | Defendant's Motion for Discover CPT Codes (#23 - 7/25/06) is **DENIED.** |
| | Defendant's Motion for Attorney Voir Dire (#27 - 7/25/06) is raised for argument. |
| 2:01 p.m. | Argument by Defendant (Mr. Cantor). |
| **ORDERED:** | Defendant's Motion for Attorney Voir Dire (#27 - 7/25/06) is **DENIED WITHOUT PREJUDICE.** |
| | Defendant's Motion to Strike Surplusage (#28 - 7/25/06) is raised for argument. |
| 2:03 p.m. | Argument by Defendant (Mr. Cantor). |
| 2:12 p.m. | Argument by Government (Ms. Kaufman). |
| 2:19 p.m. | Argument by Defendant (Mr. Cantor). |
| **ORDERED:** | Defendant's Motion to Strike Surplusage (#28 - 7/25/06) is **DENIED.** |
| | Defendant's Motion for Hearing on Co-Conspirator Hearsay (#26 - 7/25/06) is raised for argument. |
| 2:26 p.m. | Argument by Defendant (Mr. Cantor). |
| **ORDERED:** | Defendant's Motion for Hearing on Co-Conspirator Hearsay (#26 - 7/25/06) is **DENIED.** |
| **2:28 p.m.** | Court in Recess |
| **2:49 p.m.** | Court in Session |
| | Government's Motion to Amend/Correct Government's Motion for an Order |

Judge Wiley Y. Daniel
06-cr-00001-WYD - Courtroom Minutes

Permitting Disclosure of Grand Jury Material (#6 - 1/23/06) is raised for argument.

2:50 p.m.        Argument by Government (Ms. Kaufman).

**ORDERED:**      Government's Motion to Amend/Correct Government's Motion for an Order Permitting Disclosure of Grand Jury Material (#6 - 1/23/06) is **DENIED AS MOOT.**

Government's Motion for Consideration of Additional Authorities in Response to Defendant's Motion for Discovery of Summary Materials (#49 - 10/20/06) is raised for argument.

2:50 p.m.        Argument by Government (Ms. Kaufman).

**ORDERED:**      Government's Motion for Consideration of Additional Authorities in Response to Defendant's Motion for Discovery of Summary Materials (#49 - 10/20/06) is **GRANTED.**

Defendant's Motion to Suppress Statements and Evidence (#24 - 7/25/06) is raised for argument.

2:51 p.m.        Government's witness **Charles Raymond Klein** sworn.

Direct examination by Government (Ms. Kaufman).
*EX ID:*          *1, 2, 3*

**Exhibit/s 1, 2, 3 RECEIVED.**

3:11 p.m.        Cross examination by Defendant (Mr. Cantor).

3:46 p.m.        Re-Direct examination by Government (Ms. Kaufman).

3:47 p.m.        Court's examination of witness.

3:48 p.m.        Government rests

Defendant has no witnesses.

3:48 p.m.        Argument by Defendant (Mr. Cantor).

Judge Wiley Y. Daniel
06-cr-00001-WYD - Courtroom Minutes

3:49 p.m.        Argument by Government (Ms. Kaufman).

                 Court makes findings.

**ORDERED:**     Defendant's Motion to Suppress Statements and Evidence (#24 - 7/25/06) is **DENIED.**

3:55 p.m.        Discussion regarding status of the case and plan for proceeding forward.

**ORDERED:**     Mr. Cantor shall file motion for declaration of complexity by **Monday, December 18, 2006.**

                 Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**3:59 p.m.**    Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:   EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  1:47**