UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00001-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEBORAH HAGLER,

    Defendant.

**ORDER**

    THIS MATTER came before the Court on a status conference on April 18, 2006. Defendant made an oral motion to continue the case in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv).  Defendant's motion was unopposed by the Government.

    The Court, having heard the motion and being fully advised in the premises, finds that Defendant's motion to continue pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) should be granted.  I find that the failure to grant a continuance in this case which I do not find to be complex would deny Defendant and her counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, defense counsel has indicated that a continuance is needed to enable the parties to engage in further plea negotiations.   I further find that the ends of justice served by an additional 45 day extension of the speedy trial deadlines outweigh the best interest of

the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's oral motion to continue pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) is **GRANTED**.  In accordance therewith, it is

ORDERED that the speedy trial deadlines are tolled for an additional **forty-five (45) days**.  It is

FURTHER ORDERED that the parties shall file a status report by **Friday, May 18, 2007**.

Dated:  April 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge